# United States Court of Appeals
# for the Fifth Circuit

_____

No. 20-60838
_____

In re: Glen Payton,

USDC No. 1:20cv152-GHD-JMV

*Movant.*

_____

Authorization to file Successive Habeas Corpus Petition

_____

CLERK'S OFFICE:

Authorization to file a successive habeas corpus petition is dismissed for failure to comply with this Court's notice of September 29, 2020.

                        LYLE W. CAYCE
                        Clerk of the United States Court
                        of Appeals for the Fifth Circuit

By: _____
      Allison G. Lopez, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

**A True Copy**
**Certified order issued Mar 08, 2021**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 08, 2021

Mr. David Crews
Northern District of Mississippi, Aberdeen
United States District Court
301 W. Commerce Street
Aberdeen, MS 39730

    No. 20-60838   In re: Glen Payton
                          USDC No. 1:20-CV-152

Dear Mr. Crews,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Allison G. Lopez, Deputy Clerk
                              504-310-7702

cc w/encl:
    Mr. Glen Payton